```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
JOSHUA B. KRITZ,                                           :
                                                           :
                              Plaintiff,                   :
                                                           :            22-CV-10360 (VSB)
               -against-                                   :
                                                           :                 ORDER
FUBOTV, INC and PAMELA DUCKWORTH,                          :
                                                           :
                              Defendants.                  :
                                                           :
------------------------------------------------------------ X
```

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on December 8, 2022, (Doc. 3), and filed a waiver of service on January 17, 2023. (Docs. 4-5). The deadline for Defendants to respond to Plaintiff's complaint was February 6, 2023. (*See* Doc. 4-5.) To date, Defendant has not appeared or responded to the complaint. Plaintiff, however, has taken no further action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than February 20, 2023. If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    February 6, 2023
               New York, New York

                                                                _____
                                                                VERNON S. BRODERICK
                                                                United States District Judge