UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

JOSHUA B. KRITZ,

                                        Plaintiff,

vs.

FUBOTV, INC. and PAMELA DUCKWORTH in her individual and professional capacities,

                                        Defendants.

-----------------------------------------------------------------x

Docket No. 1:22-cv-10360-VSB

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE AND WITHOUT COSTS AND FEES**

The matter in the above-entitled action, having been amicably resolved by and between the parties, is hereby stipulated and agreed that the same be and it is hereby dismissed with prejudice without costs against all parties.

Dated: _____April 4_, 2024

_____
Tanvir Rahman, Esq.
FILIPPATOS PLLC
199 Main Street, Suite 800
White Plains, New York 10601
Tel: (914) 984-1111
Email: trahman@filippatoslaw.com
*Counsel for Plaintiff*

_____
David B. Lichtenberg, Esq.
FISHER & PHILLIPS LLP
430 Mountain Avenue, Suite 303
Murray Hill, New Jersey 07974

Times Square Tower
7 Times Square, Suite 4300
New York, New York 10036
Email: dlichtenberg@fisherphillips.com
*Counsel for Defendants*

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.
Dated: April 10, 2024

12